IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **10-cv-224-AP**

**REGINA ANDERSON,**

                            Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                            Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

FREDERICK W. NEWALL
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
newallfrederickw@qwest.net

For Defendant:

DAVID M. GAOUETTE
United States Attorney
District of Colorado
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

DEBRA J. MEACHUM
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
Facsimile: (303) 844-0770
debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** February 2, 2010.
   B. **Date Complaint Was Served on U.S. Attorney's Office:** February 9, 2010.
   C. **Date Answer and Administrative Record Were Filed:** April 12, 2010.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff states:** To the best of his knowledge, the record is complete. However, Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

   **Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff states:** There is no additional evidence.

   **Defendant states:** Defendant does not plan to submit any additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   **Plaintiff states:** To the best of his knowledge, this case raises no unusual claims or defenses.

   **Defendant states:** To the best of his knowledge, this case raises no unusual claims or defenses.

7. **OTHER MATTERS**

   **Plaintiff states:** None.

   **Defendant states:** None.

8.  **BRIEFING SCHEDULE**

    Counsel for both parties conferred and, based upon workload and personal travel plans, agreed upon the following proposed briefing schedule:

    | | | |
    |---|---|---|
    | A. | **Plaintiff's Opening Brief Due:** | June 11, 2010. |
    | B. | **Defendant's Response Brief Due:** | July 19, 2010. |
    | C. | **Plaintiff's Reply Brief (If Any) Due:** | August 2, 2010. |

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    **Plaintiff's Statement:** Plaintiff does NOT request oral argument

    **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 29th day of April, 2010.

BY THE COURT:


  *s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall | DAVID M. GAOUETTE |
| Frederick W. Newall, Esq. | United States Attorney |
| 730 N. Weber, #101 | District of Colorado |
| Colorado Springs, Colorado 80903 | KEVIN TRASKOS |
| (719) 633-5211 | Deputy Chief, Civil Division |
| (719) 635-6503 (facsimile) | United States Attorney's Office |
| newallfrederickw@qwest.net | |
| | s/Debra J. Meachum |
| Attorney for Plaintiff | DEBRA J. MEACHUM |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | Office of the General Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-1570 |
| | Facsimile: (303) 844-0770 |
| | debra.meachum@ssa.gov |