# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 10-cv-00224-REB

REGINA M. ANDERSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For An Award of Attorney Fees Pursuant To The Equal Access To Justice Act 28 U.S.C. § 2412(d)** [#20], filed March 29, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion For An Award of Attorney Fees Pursuant To The Equal Access To Justice Act 28 U.S.C. § 2412(d)** [#20], filed March 29, 2011, is **GRANTED**;

    2.  That the defendant **SHALL** pay $5,000.00 to plaintiff for attorney fees pursuant to the EAJA;

    3.  That the payment shall be made payable to plaintiff and delivered to plaintiff's counsel;

     4.  That the payment of the $5,000.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA fees or costs in this case; and

     5.  That this award is **WITHOUT PREJUDICE** to the right of plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

     Dated April 4, 2011, at Denver, Colorado.

                         **BY THE COURT:**

                         */s/ Robert E. Blackburn*
                         Robert E. Blackburn
                         United States District Judge